UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| INDUSTRIAL FINISHES & SYSTEMS, INC., | ) | |
| Plaintiff | ) | |
| vs. | ) | CAUSE NO. 3:06-CV-238 RM |
| DAYS CORPORATION d/b/a DAYS DISTRIBUTION and COLUMBIA FOREST PRODUCTS, INC., | ) | |
| Defendants | ) | |

OPINION and ORDER

On June 19, the Honorable Christopher A. Nuechterlein gave notice that at the Rule 16(b) preliminary pretrial conference the parties admitted and agreed that plaintiff Industrial Finishes & Systems, Inc. and defendant Columbia Forest Products, Inc. are both citizens of Oregon. The court now finds that complete diversity does not exist for purposes of 28 U.S.C. § 1332, and as no other grounds for jurisdiction has been shown, now REMANDS this case to the Elkhart County Superior Court.

SO ORDERED.

ENTERED: June 28, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court